IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

ROBERT HARPER JR.,
MICHAEL B. JAMES,
TED MORRISTON, JAMES TREADWAY,
JOHN O'NEAL & CLIFTON SCOTT,

    Plaintiff,

v.       CIVIL ACTION NO.: 2:11-CV-0305
    Honorable John T. Copenhaver, Jr.

ELK RUN COAL COMPANY, INC. and
SPARTAN MINING COMPANY,

    Defendants.

## STIPULATION AND JUDGMENT OF DISMISSAL

This day came the parties and represented to the Court that the matters in dispute between them have been compromised and settled. Accordingly, it is **ADJUDGED** and **ORDERED** that this action is dismissed with prejudice as being fully compromised and settled, each party to bear its own costs and attorney's fees.

The Clerk is directed to mail a certified copy of this Order to counsel of record.

ENTERED this **4th** day of **June**, 2012.

    _____
    HON. JOHN T. COPENHAVER, JR.

/s/ J. Michael Ranson      /s/ Erin Elizabeth Magee
J. MICHAEL RANSON      ERIN ELIZABETH MAGEE (WVSB # 6078)
CYNTHIA M. RANSON      JACKSON KELLY PLLC
GEORGE B. MORRONE, III      500 Lee Street East, Suite 1600

{C2324944.1}      7

RANSON LAW OFFICES
1562 Kanawha Blvd., East
Charleston, WV 25336-3589
jmr@ransonlaw.com
cmr@ransonlaw.com
gbm@ransonlaw.com

G. PATRICK JACOBS
Jacobs Law Offices
7020 MacCorkle Ave., S.E.
Charleston, WV 25304
pjacobs@bjblaw.com
*Counsel for Plaintiffs*

P. O. Box 553
Charleston, West Virginia 25322
(304) 340-1000
emagee@jacksonkelly.com
*Counsel for Defendants Elk Run Coal Company, Inc. and Spartan Mining Company*